# United States Court of Appeals
## For the Eighth Circuit
_____

No. 19-3669
_____

Raymond Leon Semler

*Plaintiff - Appellant*

v.

Nancy Johnston, Executive Director of MSOP, sued in their individual and official capacities; Charlie Hoffman, Vocational Work Program Director, sued in their individual and official capacities; Peter Puffer, Clinical Director, MSOP - Moose Lake, sued in their individual and official capacities; Randy Gordon, Behavior Expectation Hearing Panel, sued in their individual and official capacities; Julie Sajdak, Vocational Programming Supervisor, sued in their individual and official capacities; Paul Christensen, Vocational Programming Supervisor, sued in their individual and official capacities; Kevin Moser, MSOP - Moose Lake Facility Director, sued in their individual and official capacities; Tara Osborne-Leivian

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: August 24, 2020
Filed: August 27, 2020
[Unpublished]
_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Raymond Semler, who is civilly committed to the Minnesota Sex Offender Program, appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. Upon careful de novo review, see Waters v. Madson, 921 F.3d 725, 734 (8th Cir. 2019) (standard of review), we find no error in the district court's well-reasoned decision.  We also find no abuse of discretion in the denial of Semler's motion to recuse the magistrate, see In re Steward, 828 F.3d 672, 681 (8th Cir. 2016) (standard of review).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.